**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Textron Financial Corporation,<br><br>           Plaintiff,<br>     vs.<br><br>Thomas W. Colman, et al.,<br><br>           Defendants. | No. CV-03-0778-PHX-PGR<br><br>ORDER |

The bankruptcy proceeding of remaining defendants Thomas W. Colman and Marie E. Colman having been terminated on November 9, 2007, and the plaintiff having failed to respond to the Court's order (doc. #21) requiring it to show cause no later than January 2, 2008 why this action should not be dismissed,

IT IS ORDERED that this action is dismissed pursuant Fed.R.Civ.P. 41(b) as to defendants Thomas W. Colman and Marie E. Colman. The Clerk of the Court shall enter judgment accordingly and terminate this action.

DATED this 28th day of January, 2008.

Paul G. Rosenblatt
United States District Judge